

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
Room 2020
TRENTON, NJ 08608

William T. Walsh
Clerk

REPLY TO:  Camden

September 12, 2024

U.S.D.C
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001
Room 1225

   Re: U.S.A. -v- David Walker
   Our Docket No. 24-mj-40455 (MJS)
   Your Docket No. 24-mj-283

Dear Clerk:

   Please be advised that an Initial Appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

                              Sincerely,

                              MELISSA E. RHOADS, Clerk

                              By: _____s/Ryan Sanders_____
                                       Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _Shedelle Dorsett_
DATE: 9/25/2024